# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILLIAM JOSEPH ROHLAND, INMATE HG5873,

        Petitioner

        v.

JOHN WETZEL, KEVIN KAUFFMAN AND PENNSYLVANIA DEPARTMENT OF CORRECTIONS - SCI HUNTINGDON,

        Respondents

:  No. 218 MAL 2019
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court

WILLIAM JOSEPH ROHLAND, INMATE HG5873,

        Petitioner

        v.

JOHN WETZEL, KEVIN KAUFFMAN AND PENNSYLVANIA DEPARTMENT OF CORRECTIONS - SCI HUNTINGDON,

        Respondents

:  No. 219 MAL 2019
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.